The Court will accept this filing as a supplement to the motion, but Petitioner cannot keep adding new things she thinks of. Many of the attachments here were available before Petitioner made her last motion to supplement. Continually adding things will result in the Government's opposition and the Court's consideration being put off even longer. Unless something truly new and previously unavailable and relevant surfaces, Petitioner should not keep asking to supplement. Because she has returned the Attorney-Client Privilege waiver, the Government's opposition is due 5/12/26 and Petitioner's reply, if any, is due 6/11/26. The Clerk of Court is respectfully to send a copy of this endorsement to Ms. Massarone.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

3/13/26

RECEIVED
MAR 12 2026
CHAMBERS OF
CATHY SEIBEL
U.S.D.J.

March 5, 2026

United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

2255 motion - Docket # 26 CU597  Case # 23 Cr. 448 ...,
Petitioner - Reshma Massarone V United States

TO - Clerk of Court and The Honorable Cathy Seibel

Motion for leave to supplement motion to vacate sentence Pursuant to 28 U.S.C 2255 with newly discovered evidence bearing ineffective assistance of Counsel, Request for Appointment of Counsel and to respectfully ask for reconsideration to be release pending the resolution of 2255 with new evidence.

Petitioner's 2255 raises a Substantial Question of Law and facts. Here, extraordinary Circumstance is Compelling evidence of violation of Sixth amendment, extremely strong and clear Procedural/Constitutional defect where Counsel at the Plea Colloquy was hostil, disloyal, dishonest that show the Plea was not knowing, voluntary, Learn of the Consequences and that Counsel's error caused Prejudice to the decision to Plea. based on the evidence Counsel effectively abandoned and actively Sabotaged her defense.

Petitioner States under oath that She answered that she was Satisfied with Counsel because husband and Counsel used Coercion, misleading advice, and it was after she received the near maximum Sentence, and was abandoned by her husband She learned the truth. Counsel's loyalty, Judgment and advice

was compromised by favoring my husband intrest over mine.

Petitioner Plead Guilty when she would not have done so but for Counsel's defetive advice and misconduct the evidence Submit strong corrobrating and Plausible argument for release with strict conditions (supervised release, electronic monitoring, travel restrictions) that create such substantial Question of law.

Petitioner is begging for Grace and mercy so she can have a fair chance to defend her self, bring her 2 daughters home so the older one con return to colladge and she can care for her 14 year old. She will be able to work and save her home from forecloseure. Petitioner has worked for over 20 years to obtain her home for her and her children and if not release soon, she risk loosing it to the bank.

Petitioner do not have the funds to defend her self while incorcerated. She work full time and makes $20.70 a month. This is not enough to buy stamps, envelopes and will not have a fair chance to proof her case in the intrest of Justice

Exhibit A- Phone record show 9 calls from cansel to husband total 134 minutes. Husband's Phone was added to my Phone Plan. I requested all communications between counsel and husband from Verizon From 10/21/23 to 10/31/24 of all Phone calls, Text messages emails and is still waiting for this information. It is my belive that ~too~ hundreds of text and calls exist and it has not been easy getting them from my Phone carrier while incarcerated. I ask the cort to request my husband to submit all communication between myers and him as support of confict and to support the Plea claim

Exhibit B - Request to reopen Previously filed Grievance with attached letter from Appeal counsel Devin Mclaughlin why he did not raise ineffective assistance of Cansel on Appeal

Exhibit C - Supportive character letter from husband Jeffrey massarone. This letter is evidence of the lies, deceitful and selfdealing action while forcing me to Plea Guilty so he con Sell my house, Send me to Prison and sell everything I ever aun. I never give cansel Permission to shore or communicat with husband. Cansul never Shore his communicator with me so the hundreds of Phone calls, text and email was never in my best intrest. This chorater letter was submitted and filed on 7/25/24. Cansel task husband to get chorater tetter for all my family and friends.
I was Sentenced on 8/27/24. After I received the near maximum Sentenced and ask Cansel why he mislead me and lied to me and he was defensive so I ask him to Stop communiccuting with husband and he con not Stop. I also told husband to Stop communiccuting with Cansel. Cansel come to visit me on 9/6/24 and I refuse his visit at the Jail because I con No longer trust him. I told husband I will handle my appeal myself and will remove him as my POA. This set him off and he started retaliating beccuse this means he con No longer sell my house. On 9/29/24, husband was Still forcing his way into my Appeal and claiming mathew myers order my trascript for my appeal and to help with the family offense case with the bto Victim.- Matthew Myers Never ordered my trascript and never had any intention to do so. This was a lie. husband was busy having an affair and I coud not trust him with any of my legel documents. Cansel Contiune to communicide with him.

Exhibit D - on 10/2/24 Husband hired a divorce Lawyer - Rebecca Millouras--Lettre (see Attached retainer) Husband never told me about his Plan to file for divorce and was acting Supportive. On 10/01/24 I received a 8 page love letter from husband, also on 10/01/24 I received a very long email from him saying he Love and support me and my kids. (my divorce attorney has these 2 letters)

On 10/3/24 turned himself into the victim and his decitful Plan unfold. He called the Police to removed my daughter from my home. We all learned that he had Secreally set up Cameras all over my house such as the kitchen and bedrooms. This was all learned behavior from his involumet in my criminal case and what Counsel Shared with him, meeting him at a hotel lobby for 3 hours at a time disassing all my evidence and now he is using it againt me. The exact way the victim set me up and then started acting as if he was the victim, was what my husband did all because of his involvement with counsel that caused damages for a life time for me and my 2 children. On 10/7/24 ~~It~~ Husband filed for divorce and 10/11/24, I was served divorced Papers. Counsel knew about Husband's Plan to divorce me way befor my Sentence, Never told me and on Notice of appeal on 9/6/24, he told the court "husband is not willing to support her financilly". I learned of all these facts after damges was done. When I received divorce Papers I emailed Counsel and told him under wo Circumstance he shaud be communicating with husband. This is When I really understand that Counsel was working togother to Sobotage my case and make sure I am in Prison. Husband falsly told family court (see attached letter) he worked hard to buy his house and is entitled to 50%, he spent

$ 102,000 in my legal fees. This is a lie. I give him POA to access my funds to pay my lawyer. This was my money not his. This was only a month after my sentene and he told the family court Judge that I am a criminal and come from criminality (This is a lie) No one in my family has ever been arrested. When I met husband, he was unemployed, had No savings, lived with his parents, filed bankrupt and had bad credit. He did not buy the house and lied to the court. His name attached to the deed of my house is fraud and abused a POA I give him when I got arrested. Given the details of this case after sentence this court should be Confident that if I am granted release pending my 2255 I will comply with all court orders. I am not a flight risk or a danger to my community or to anyone

Conclusion - Please grant this supplemental motion, Appoint counsel and respectfully reconsider my bail pending my 2255 motion. This will allow me to return to my home and Protect my rights, have the means to defend myself, bring my 2 daughters home so my older daughter can return to college and I can care for my 14 year old. As of now my release date is 7/2/2028. if I am not rele release sooner, I risk foreclosure on my home. I worked over 20 years to obtain this Home for me and my children and ask the Honorable Judge Cathy Seibel for grace and mercy.

Thank you for your prompt attention to this request. I look forward to your timely reply.

Respectfully
Reshma Massarano
Reg No. 73873510

Reshma Massarone
Reg no. 73873510
Alderson Federal Prison Comp
Glen Ray. Road. Box A
Alderson, WV 24910
B-4



USM WP
SDNY

⟷73873-510⟷
Clerk Of Court
300 Quarropas ST
U.S District Court SDNY
White Plains, NY 10601
United States

Attn — Hon. Cathy Seibel



RECEIVED
MAR 12 2026
CHAMBERS OF
CATHY SEIBEL
U.S.D.J.

Retail

U.S. POSTAGE PAID
FOM LG ENV
ALDERSON, WV 24910
MAR 06, 2026

$0.00

10601

RDC 99

S2324H502781-12

# EXHIBIT A

# verizon✓

Matthew myers
cell # 917-742-1041

Account: 589814762-00001
Invoice: 4703089875
Billing period: Aug 13 - Sep 12, 2024

## Talk activity (cont.)

**Reshma Bhoopersaud**    ← Jeffrey massarane
**845-417-1041**
**Samsung Galaxy S20+ 5G**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Aug 22 | 8:21 PM | 914-356-8466 | Montgomery, NY | Incoming, CL | 20 | -- | -- | -- |
| Aug 22 | 8:34 PM | 973-860-8227 | Montgomery, NY | Bloomfield, NJ | 6 | -- | -- | -- |
| Aug 23 | 7:00 AM | 917-742-1041 | Montgomery, NY | Incoming, CL | 44 | Matt | -- | -- |
| Aug 23 | 7:45 AM | 917-742-1041 | Bloomingbu, NY | Queens, NY | 1 | matt | -- | -- |
| Aug 23 | 7:48 AM | 941-525-6314 | Bloomingbu, NY | Venice, FL | 15 | -- | -- | -- |
| Aug 23 | 12:56 PM | 914-356-8466 | Middletown, NY | Incoming, CL | 4 | -- | -- | -- |
| Aug 23 | 1:40 PM | 914-272-8237 | Middletown, NY | Wh Plains, NY | 2 | -- | -- | -- |
| Aug 23 | 2:05 PM | 973-860-8227 | Middletown, NY | Bloomfield, NJ | 2 | -- | -- | -- |
| Aug 23 | 6:38 PM | 518-764-0285 | Middletown, NY | Incoming, CL | 9 | -- | -- | -- |
| Aug 23 | 6:47 PM | 973-860-8227 | Middletown, NY | Bloomfield, NJ | 1 | -- | -- | -- |
| Aug 23 | 7:50 PM | 914-356-8466 | Middletown, NY | Incoming, CL | 13 | -- | -- | -- |
| Aug 23 | 8:58 PM | 973-860-8227 | Middletown, NY | Incoming, CL | 2 | -- | -- | -- |
| Aug 24 | 8:49 AM | 518-764-0285 | Montgomery, NY | Albany, NY | 1 | -- | -- | -- |
| Aug 24 | 9:24 AM | 518-764-0285 | Montgomery, NY | Incoming, CL | 1 | -- | -- | -- |
| Aug 24 | 10:25 AM | 347-801-3838 | Pine Bush, NY | Nwyrcyzn04, NY | 10 | -- | -- | -- |
| Aug 24 | 10:35 AM | 347-801-3838 | Pine Bush, NY | Nwyrcyzn04, NY | 1 | -- | -- | -- |
| Aug 24 | 10:36 AM | 941-525-6314 | Gardiner, NY | Venice, FL | 23 | -- | -- | -- |
| Aug 24 | 10:59 AM | 718-239-2537 | Newpaltz, NY | Bronx, NY | 1 | -- | -- | -- |
| Aug 24 | 11:00 AM | 941-525-6314 | Newpaltz, NY | Venice, FL | 35 | -- | -- | -- |
| Aug 24 | 11:40 AM | 518-764-0285 | Rhinebeck, NY | Albany, NY | 1 | -- | -- | -- |
| Aug 24 | 11:40 AM | 845-266-5906 | Rhinebeck, NY | Clintoncor, NY | 1 | -- | -- | -- |
| Aug 24 | 11:41 AM | 718-717-4225 | Rhinebeck, NY | Queens, NY | 3 | -- | -- | -- |
| Aug 24 | 1:30 PM | 845-597-7654 | Rhineback, NY | Incoming, CL | 10 | -- | -- | -- |
| Aug 24 | 3:54 PM | 845-266-5906 | Rhinebeck, NY | Clintoncor, NY | 1 | -- | -- | -- |
| Aug 24 | 6:34 PM | 914-356-8466 | Montgomery, NY | Incoming, CL | 27 | -- | -- | -- |
| Aug 24 | 7:01 PM | 973-860-8227 | Montgomery, NY | Bloomfield, NJ | 1 | -- | -- | -- |
| Aug 25 | 9:07 AM | 718-717-4225 | Montgomery, NY | Incoming, CL | 2 | -- | -- | -- |
| Aug 25 | 9:45 AM | 914-356-8466 | Walden, NY | Incoming, CL | 2 | -- | -- | -- |
| Aug 25 | 9:46 AM | 973-704-9316 | Walden, NY | Incoming, CL | 27 | -- | -- | -- |
| Aug 25 | 10:51 AM | 347-801-3838 | Carmel, NY | Nwyrcyzn04, NY | 1 | -- | -- | -- |
| Aug 25 | 10:52 AM | 718-717-4225 | Mahopac, NY | Incoming, CL | 1 | -- | -- | -- |
| Aug 25 | 10:54 AM | 518-764-0285 | Putnam Val, NY | Albany, NY | 1 | -- | -- | -- |
| Aug 25 | 12:55 PM | 347-801-3838 | Valhalla, NY | Nwyrcyzn04, NY | 1 | -- | -- | -- |
| Aug 25 | 12:55 PM | 845-266-5906 | Valhalla, NY | Clintoncor, NY | 6 | -- | -- | -- |
| Aug 25 | 1:01 PM | 347-801-3838 | Valhalla, NY | Nwyrcyzn04, NY | 2 | -- | -- | -- |
| Aug 25 | 1:06 PM | 347-801-3838 | Briarcliff, NY | Incoming, CL | 1 | -- | -- | -- |
| Aug 25 | 1:09 PM | 845-532-5844 | Ossining, NY | Kingston, NY | 1 | -- | -- | -- |
| Aug 25 | 1:10 PM | 845-266-3664 | Ossining, NY | Clintoncor, NY | 1 | -- | -- | -- |
| Aug 25 | 1:13 PM | 845-266-3664 | Ossining, NY | Incoming, CL | 3 | -- | -- | -- |
| Aug 25 | 1:15 PM | 518-764-0285 | Yorktown H, NY | Albany, NY | 6 | -- | -- | -- |
| Aug 25 | 2:11 PM | 914-356-8466 | Holmes, NY | Incoming, CL | 3 | -- | -- | -- |
| Aug 25 | 2:58 PM | 973-860-8227 | Walden, NY | Bloomfield, NJ | 3 | -- | -- | -- |
| Aug 25 | 3:42 PM | 973-860-8227 | Pine Bush, NY | Bloomfield, NJ | 1 | -- | -- | -- |
| Aug 25 | 5:49 PM | 914-356-8466 | Montgomery, NY | Incoming, CL | 23 | -- | -- | -- |
| Aug 25 | 8:10 PM | 646-510-6753 | Montgomery, NY | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Aug 25 | 8:10 PM | 646-510-6753 | Montgomery, NY | Incoming, CL | 23 | -- | -- | -- |
| Aug 26 | 8:26 AM | 888-315-1755 | Montgomery, NY | Toll-Free, CL | 4 | -- | -- | -- |

From Aug 13 - sep 12 2024

9 calls between self and matt total 134 min

I am waiting for the rest of the phon bill

Case 7:26-cv-00497-CS Document 101 Filed 03/13/26 Page 9 of 32

# verizon✓

verizon✓

Account: 589814762-00001
Invoice: 4703089875
Billing period: Aug 13 - Sep 12, 2024

## Talk activity (cont.)

**Reshma Bhoopersaud**
845-417-1041
Samsung Galaxy S20+ 5G

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|------|------|--------|-------------|-------------|------|-----------------|------------------|-------|
| Aug 26 | 8:29 AM | 888-315-1755 | Montgomery, NY | Toll-Free, CL | 10 | -- | -- | -- |
| Aug 26 | 9:27 AM | 941-525-6314 | Montgomery, NY | Venice, FL | 31 | -- | -- | -- |
| Aug 26 | 12:42 PM | 914-356-8466 | Middletown, NY | Incoming, CL | 5 | -- | -- | -- |
| Aug 26 | 1:36 PM | 914-758-3002 | Middletown, NY | Incoming, CL | 1 | -- | -- | -- |
| Aug 26 | 3:22 PM | 973-704-9316 | Circlevill, NY | Incoming, CL | 5 | -- | -- | -- |
| Aug 26 | 5:14 PM | 914-356-8466 | Montgomery, NY | Incoming, CL | 11 | -- | -- | -- |
| Aug 26 | 5:25 PM | 914-231-1000 | Montgomery, NY | Hastings, NY | 15 | -- | -- | -- |
| Aug 26 | 5:39 PM | 646-563-9800 | Montgomery, NY | Nwyrcyzn01, NY | 3 | -- | -- | -- |
| Aug 26 | 5:42 PM | 646-563-9886 | Montgomery, NY | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Aug 26 | 5:43 PM | 914-912-2486 | Montgomery, NY | Wschstzn08, NY | 5 | -- | -- | -- |
| Aug 26 | 5:49 PM | 845-597-7654 | Montgomery, NY | Newburgh, NY | 15 | -- | -- | -- |
| Aug 26 | 6:06 PM | 845-266-5906 | Montgomery, NY | Clintoncor, NY | 10 | -- | -- | -- |
| Aug 26 | 6:23 PM | 718-877-5498 | Montgomery, NY | Bronx, NY | 21 | -- | -- | -- |
| Aug 26 | 6:46 PM | 914-912-2486 | Montgomery, NY | Incoming, CL | 1 | -- | -- | -- |
| Aug 26 | 6:46 PM | 914-912-2486 | Montgomery, NY | Wschstzn08, NY | 1 | -- | -- | -- |
| Aug 26 | 7:55 PM | 347-801-3838 | Montgomery, NY | Incoming, CL | 3 | -- | -- | -- |
| Aug 26 | 8:47 PM | 518-764-0285 | Montgomery, NY | Incoming, CL | 3 | -- | -- | -- |
| Aug 26 | 8:49 PM | 914-356-8466 | Montgomery, NY | Incoming, CL | 23 | -- | -- | -- |
| Aug 26 | 9:12 PM | 518-764-0285 | Montgomery, NY | Albany, NY | 1 | -- | -- | -- |
| Aug 27 | 6:26 AM | 646-563-9886 | Montgomery, NY | Nwyrcyzn01, NY | 2 | -- | -- | -- |
| Aug 27 | 6:55 AM | 518-764-0285 | Bloomingbu, NY | Albany, NY | 1 | -- | -- | -- |
| Aug 27 | 6:56 AM | 518-764-0285 | Bloomingbu, NY | Incoming, CL | 10 | -- | -- | -- |
| Aug 27 | 8:02 AM | 973-842-1988 | Montgomery, NY | Incoming, CL | 1 | -- | -- | -- |
| Aug 27 | 8:26 AM | 347-801-3838 | Harriman, NY | Incoming, CL | 2 | -- | -- | -- |
| Aug 27 | 8:52 AM | 917-586-1038 | Nyack, NY | Incoming, CL | 1 | -- | -- | -- |
| Aug 27 | 9:10 AM | 347-801-3838 | Tarrytown, NY | Incoming, CL | 1 | -- | -- | -- |
| Aug 27 | 1:51 PM | 914-356-8466 | Tuxedo Par, NY | Incoming, CL | 43 | -- | -- | -- |
| Aug 27 | 4:35 PM | 518-764-0285 | Montgomery, NY | Incoming, CL | 16 | -- | -- | -- |
| Aug 27 | 4:51 PM | 914-356-8466 | Montgomery, NY | Incoming, CL | 28 | -- | -- | -- |
| Aug 27 | 5:14 PM | 347-801-3838 | Montgomery, NY | Incoming, CL | 4 | -- | -- | -- |
| Aug 27 | 5:20 PM | 914-356-8466 | Montgomery, NY | Incoming, CL | 42 | -- | -- | -- |
| Aug 27 | 5:21 PM | 347-801-3838 | Montgomery, NY | Incoming, CL | 27 | -- | -- | -- |
| Aug 27 | 5:47 PM | 914-912-2486 | Montgomery, NY | Wschstzn08, NY | 1 | -- | -- | -- |
| Aug 27 | 5:49 PM | 914-912-2486 | Montgomery, NY | Wschstzn08, NY | 1 | -- | -- | -- |
| Aug 27 | 6:02 PM | 845-558-6739 | Montgomery, NY | New City, NY | 1 | -- | -- | -- |
| Aug 27 | 6:03 PM | 914-356-8466 | Montgomery, NY | Incoming, CL | 31 | -- | -- | -- |
| Aug 27 | 6:08 PM | 718-717-4225 | Montgomery, NY | Queens, NY | 1 | -- | -- | -- |
| Aug 27 | 6:08 PM | 718-239-2537 | Montgomery, NY | Bronx, NY | 26 | -- | -- | -- |
| Aug 27 | 6:15 PM | 914-912-2486 | Montgomery, NY | Incoming, CL | 18 | -- | -- | -- |
| Aug 27 | 6:33 PM | 917-742-1041 | Montgomery, NY | Incoming, CL | 15 | -- | -- | -- |
| Aug 27 | 6:48 PM | 917-742-1041 | Montgomery, NY | VM Deposit, CL | 1 | -- | -- | -- |
| Aug 27 | 6:48 PM | 917-742-1041 | Montgomery, NY | VM Deposit, CL | 1 | -- | -- | -- |
| Aug 27 | 6:49 PM | 914-912-2486 | Montgomery, NY | Wschstzn08, NY | 13 | -- | -- | -- |
| Aug 27 | 7:04 PM | 973-267-2850 | Montgomery, NY | Incoming, CL | 40 | -- | -- | -- |
| Aug 27 | 7:45 PM | 718-717-4225 | Montgomery, NY | Queens, NY | 2 | -- | -- | -- |
| Aug 27 | 7:45 PM | 718-717-4225 | Montgomery, NY | Incoming, CL | 18 | -- | -- | -- |
| Aug 27 | 8:03 PM | 877-650-4249 | Montgomery, NY | Toll-Free, CL | 3 | -- | -- | -- |



# verizon✓

**Account:** 589814762-00001
**Invoice:** 4703089875
**Billing period:** Aug 13 - Sep 12, 2024

## Talk activity (cont.)

### Reshma Bhoopersaud
845-417-1041
Samsung Galaxy S20+ 5G

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Sep 4 | 9:53 AM | 941-525-6314 | Pine Bush, NY | Venice, FL | 9 | -- | -- | -- |
| Sep 4 | 10:01 AM | 518-764-0285 | Montgomery, NY | Albany, NY | 1 | -- | -- | -- |
| Sep 4 | 10:27 AM | 800-247-8043 | Middletown, NY | Toll-Free, CL | 4 | -- | -- | -- |
| Sep 4 | 10:33 AM | 877-650-4249 | Middletown, NY | Toll-Free, CL | 3 | -- | -- | -- |
| Sep 4 | 10:59 AM | 914-752-2922 | Middletown, NY | Mountkisco, NY | 2 | -- | -- | -- |
| Sep 4 | 11:01 AM | 914-218-6190 | Middletown, NY | Mountkisco, NY | 4 | -- | -- | -- |
| Sep 4 | 11:04 AM | 914-218-6190 | Middletown, NY | Mountkisco, NY | 2 | -- | -- | -- |
| Sep 4 | 1:49 PM | 914-770-3055 | Middletown, NY | Incoming, CL | 5 | -- | -- | -- |
| Sep 4 | 2:32 PM | 914-898-5799 | Middletown, NY | Wh Plains, NY | 7 | -- | -- | -- |
| Sep 4 | 4:22 PM | 973-704-9316 | Middletown, NY | Newark, NJ | 4 | -- | -- | -- |
| Sep 4 | 7:55 PM | 914-356-8466 | Middletown, NY | Incoming, CL | 7 | -- | -- | -- |
| Sep 4 | 8:40 PM | 518-764-0285 | Middletown, NY | Albany, NY | 1 | -- | -- | -- |
| Sep 4 | 9:07 PM | 914-356-8466 | Montgomery, NY | Incoming, CL | 4 | -- | -- | -- |
| Sep 5 | 7:33 AM | 941-525-6314 | Montgomery, NY | Venice, FL | 1 | -- | -- | -- |
| Sep 5 | 7:35 AM | 518-764-0285 | Pine Bush, NY | Albany, NY | 28 | -- | -- | -- |
| Sep 5 | 9:49 AM | 518-764-0285 | Middletown, NY | Albany, NY | 1 | -- | -- | -- |
| Sep 5 | 9:51 AM | 518-764-0285 | Middletown, NY | Incoming, CL | 10 | -- | -- | -- |
| Sep 5 | 1:11 PM | 347-801-3838 | Middletown, NY | Nwyrcyzn04, NY | 1 | -- | -- | -- |
| Sep 5 | 1:14 PM | 973-704-9316 | Middletown, NY | Newark, NJ | 4 | -- | -- | -- |
| Sep 5 | 1:18 PM | 941-525-6314 | Middletown, NY | Venice, FL | 1 | -- | -- | -- |
| Sep 5 | 1:18 PM | 973-842-1988 | Middletown, NY | Bloomfield, NJ | 22 | -- | -- | -- |
| Sep 5 | 2:21 PM | 347-801-3838 | Middletown, NY | Nwyrcyzn04, NY | 8 | -- | -- | -- |
| Sep 5 | 2:54 PM | 973-704-9316 | Middletown, NY | Newark, NJ | 4 | -- | -- | -- |
| Sep 5 | 3:03 PM | 941-525-6314 | Middletown, NY | Venice, FL | 23 | -- | -- | -- |
| Sep 5 | 5:41 PM | 973-704-9316 | Middletown, NY | Newark, NJ | 1 | -- | -- | -- |
| Sep 5 | 5:42 PM | 518-764-0285 | Middletown, NY | Albany, NY | 1 | -- | -- | -- |
| Sep 5 | 5:42 PM | 518-764-0285 | Middletown, NY | Incoming, CL | 23 | -- | -- | -- |
| Sep 5 | 7:06 PM | 917-742-1041 | Montgomery, NY | Queens, NY | 1 | -- | -- | -- |
| Sep 5 | 7:18 PM | 917-742-1041 | Montgomery, NY | Incoming, CL | 33 | -- Matt | -- | -- |
| Sep 5 | 8:38 PM | 973-842-1988 | Montgomery, NY | Incoming, CL | 3 | -- | -- | -- |
| Sep 6 | 7:31 AM | 518-764-0285 | Montgomery, NY | Albany, NY | 1 | -- | -- | -- |
| Sep 6 | 7:34 AM | 941-525-6314 | Montgomery, NY | Venice, FL | 29 | -- | -- | -- |
| Sep 6 | 11:38 AM | 718-717-4225 | Middletown, NY | Queens, NY | 1 | -- | -- | -- |
| Sep 6 | 11:39 AM | 718-239-2537 | Middletown, NY | Bronx, NY | 13 | -- | -- | -- |
| Sep 6 | 1:18 PM | 518-764-0285 | Middletown, NY | Albany, NY | 1 | -- | -- | -- |
| Sep 6 | 1:18 PM | 347-801-3838 | Middletown, NY | Nwyrcyzn04, NY | 1 | -- | -- | -- |
| Sep 6 | 2:38 PM | 347-801-3838 | Middletown, NY | Incoming, CL | 10 | -- | -- | -- |
| Sep 6 | 6:53 PM | 518-764-0285 | Middletown, NY | Albany, NY | 1 | -- | -- | -- |
| Sep 6 | 6:54 PM | 845-475-7296 | Middletown, NY | Poughkepsi, NY | 27 | -- | -- | -- |
| Sep 6 | 7:49 PM | 845-744-5011 | Pine Bush, NY | Pine Bush, NY | 2 | -- | -- | -- |
| Sep 6 | 8:19 PM | 941-525-6314 | Pine Bush, NY | Venice, FL | 16 | -- | -- | -- |
| Sep 7 | 10:39 AM | 973-860-8227 | Middletown, NY | Bloomfield, NJ | 1 | -- | -- | -- |
| Sep 7 | 10:56 AM | 914-356-8466 | Pine Bush, NY | Incoming, CL | 13 | -- | -- | -- |
| Sep 7 | 11:16 AM | 914-231-1000 | Montgomery, NY | Hastings, NY | 2 | -- | -- | -- |
| Sep 7 | 3:15 PM | 917-742-1041 | Montgomery, NY | Incoming, CL | 37 | -- Matt | -- | -- |
| Sep 7 | 3:52 PM | 917-742-1041 | Montgomery, NY | VM Deposit, CL | 1 | -- | -- | -- |

verizon√

Talk activity (cont.)
Reshma Bhoopersaud



# verizon√

**Account:** 589814762-00001
**Invoice:** 4703089875
**Billing period:** Aug 13 - Sep 12, 2024

## Talk activity (cont.)

**Reshma Bhoopersaud**
**845-417-1041**
**Samsung Galaxy S20+ 5G**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|------|------|--------|-------------|-------------|------|-----------------|------------------|-------|
| Sep 7 | 3:53 PM | 917-742-1041 | Montgomery, NY | VM Deposit, CL | 1 | Mah | -- | -- |
| Sep 7 | 5:54 PM | 914-920-2287 | Montgomery, NY | Incoming, CL | 1 | -- | -- | -- |
| Sep 7 | 6:35 PM | 718-717-1225 | Montgomery, NY | Incoming, CL | 17 | -- | -- | -- |
| Sep 7 | 7:45 PM | 866-869-1920 | Montgomery, NY | Incoming, CL | 1 | -- | -- | -- |
| Sep 7 | 9:11 PM | 347-801-3838 | Montgomery, NY | Nwyrcyzn04, NY | 28 | -- | -- | -- |
| Sep 8 | 10:08 AM | 973-704-9316 | Montgomery, NY | Incoming, CL | 17 | -- | -- | -- |
| Sep 8 | 11:30 AM | 518-764-0285 | Montgomery, NY | Albany, NY | 1 | -- | -- | -- |
| Sep 8 | 11:34 AM | 941-525-6314 | Montgomery, NY | Venice, FL | 1 | -- | -- | -- |
| Sep 8 | 11:42 AM | 518-764-0285 | Montgomery, NY | Incoming, CL | 28 | -- | -- | -- |
| Sep 8 | 12:34 PM | 941-525-6314 | Montgomery, NY | Incoming, CL | 87 | -- | -- | -- |
| Sep 8 | 2:46 PM | 518-764-0285 | Montgomery, NY | Incoming, CL | 51 | -- | -- | -- |
| Sep 8 | 3:57 PM | 973-860-8227 | Pine Bush, NY | Bloomfield, NJ | 1 | -- | -- | -- |
| Sep 8 | 4:44 PM | 914-356-8466 | Middletown, NY | Incoming, CL | 17 | -- | -- | -- |
| Sep 8 | 6:32 PM | 845-597-7654 | Montgomery, NY | Incoming, CL | 19 | -- | -- | -- |
| Sep 8 | 6:52 PM | 941-525-6314 | Montgomery, NY | Venice, FL | 42 | -- | -- | -- |
| Sep 8 | 7:40 PM | 973-704-9316 | Montgomery, NY | Incoming, CL | 2 | -- | -- | -- |
| Sep 8 | 8:13 PM | 914-356-8466 | Montgomery, NY | Incoming, CL | 20 | -- | -- | -- |
| Sep 9 | 9:30 AM | 941-525-6314 | Montgomery, NY | Venice, FL | 29 | -- | -- | -- |
| Sep 9 | 11:36 AM | 347-801-3838 | Middletown, NY | Nwyrcyzn04, NY | 1 | -- | -- | -- |
| Sep 9 | 11:38 AM | 347-801-3838 | Middletown, NY | Incoming, CL | 2 | -- | -- | -- |
| Sep 9 | 11:41 AM | 347-801-3838 | Middletown, NY | Incoming, CL | 1 | -- | -- | -- |
| Sep 9 | 11:41 AM | 347-801-3838 | Middletown, NY | Nwyrcyzn04, NY | 1 | -- | -- | -- |
| Sep 9 | 11:41 AM | 347-801-3838 | Middletown, NY | Nwyrcyzn04, NY | 1 | -- | -- | -- |
| Sep 9 | 3:20 PM | 973-860-8227 | Middletown, NY | Bloomfield, NJ | 2 | -- | -- | -- |
| Sep 9 | 3:22 PM | 518-764-0285 | Middletown, NY | Albany, NY | 1 | -- | -- | -- |
| Sep 9 | 4:16 PM | 973-704-9316 | Carmel, NY | Incoming, CL | 3 | -- | -- | -- |
| Sep 9 | 8:02 PM | 914-356-8466 | Montgomery, NY | Incoming, CL | 16 | -- | -- | -- |
| Sep 10 | 9:22 AM | 347-801-3838 | Montgomery, NY | Incoming, CL | 2 | -- | -- | -- |
| Sep 10 | 3:43 PM | 973-704-9316 | Montgomery, NY | Incoming, CL | 2 | -- | -- | -- |
| Sep 11 | 7:39 AM | 941-525-6314 | Montgomery, NY | Incoming, CL | 121 | -- | -- | -- |
| Sep 11 | 9:39 AM | 347-801-3838 | Montgomery, NY | Nwyrcyzn04, NY | 1 | -- | -- | -- |
| Sep 11 | 9:41 AM | 518-764-0285 | Montgomery, NY | Albany, NY | 1 | -- | -- | -- |
| Sep 11 | 9:45 AM | 888-398-8924 | Montgomery, NY | Toll-Free, CL | 1 | -- | -- | -- |
| Sep 11 | 9:46 AM | 888-398-8924 | Montgomery, NY | Toll-Free, CL | 17 | -- | -- | -- |
| Sep 11 | 10:05 AM | 347-801-3838 | Montgomery, NY | Nwyrcyzn04, NY | 1 | -- | -- | -- |
| Sep 11 | 10:09 AM | 518-764-0285 | Montgomery, NY | Incoming, CL | 21 | -- | -- | -- |
| Sep 11 | 10:55 AM | 347-801-3838 | Middletown, NY | Incoming, CL | 5 | -- | -- | -- |
| Sep 11 | 12:52 PM | 914-356-8466 | Middletown, NY | Incoming, CL | 9 | -- | -- | -- |
| Sep 11 | 4:48 PM | 973-704-9316 | Middletown, NY | Incoming, CL | 2 | -- | -- | -- |
| Sep 11 | 6:59 PM | 518-764-0285 | Middletown, NY | Albany, NY | 5 | -- | -- | -- |
| Sep 11 | 8:27 PM | 914-356-8466 | Montgomery, NY | Incoming, CL | 15 | -- | -- | -- |
| Sep 12 | 7:34 AM | 941-525-6314 | Montgomery, NY | Venice, FL | 27 | -- | -- | -- |
| Sep 12 | 1:21 PM | 518-764-0285 | Middletown, NY | Albany, NY | 24 | -- | -- | -- |
| Sep 12 | 6:27 PM | 973-704-9316 | Middletown, NY | Newark, NJ | 2 | -- | -- | -- |
| Sep 12 | 6:29 PM | 518-764-0285 | Middletown, NY | Albany, NY | 1 | -- | -- | -- |
| Sep 12 | 6:32 PM | 518-764-0285 | Middletown, NY | Incoming, CL | 22 | -- | -- | -- |

# EXHIBIT B

To:
Attorney Grievance Committee
Appellate Division of the Supreme Court of the State of New York

Cc: FBI New York Field Office
26 Federal Plaza
New York, NY 10278

Cc: United States Attorney's Office, Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

From:
Reshma Massarone
Alderson Federal Prison Camp
Glen Ray Rd., Box A
Alderson, WV 24910
Register No.: 73873 510

Re: Request to Reopen Previously Filed Grievance   Attorney Matthew Myers (52 Duane St., New York, NY 10007)   Urgent request to reopen in the interest of justice; allegations of misconduct, POA abuse, and coordination with third party (Jeffrey Massarone)

Dear Members of the Grievance Committee:

I previously submitted a grievance against attorney Matthew Myers concerning his representation of me in United States v. Massarone, Case No. 7:23 CR 00448 CS 1 (SDNY). That grievance did not, in my view, address the full scope of serious misconduct and possible criminality. I respectfully request that the Committee reopen my complaint and conduct an immediate and full investigation in the interest of justice based on the new and continuing facts and harms described below.

Summary of request
- Please reopen and investigate my grievance against Matthew Myers (office at 52 Duane St., New York, NY 10007) for, among other things: failure to account for and safeguard client funds (a $50,000 retainer paid 10/21/2023), refusing to produce the client file, apparent conflict of interest and coordination with a third party (my husband), abandonment of client, and conduct that may be criminal (misappropriation, conspiracy, and obstruction).

- Please consider and investigate related conduct of my husband, Jeffrey Massarone, who I allege abused a Power of Attorney I executed, effected a deed transfer on August 24, 2023, sold my personal property, has been living in my home rent free, took child support funds, and is now claiming an ownership stake in my home through divorce proceedings. I request that the Committee coordinate with law enforcement or refer criminal matters to the appropriate prosecutor if warranted.
- My §2255 motion is pending in the Southern District of New York and I plan to file a civil suit against Mr. Myers. The attorney client file and accounting are essential to both the §2255 and any civil action; I therefore request expedited handling and interim relief where appropriate.

Allegations and key facts (summary)
1. Retainer and payment: On October 21, 2023, a $50,000 retainer was paid to attorney Matthew Myers. The payment was made by my husband, Jeffrey Massarone, on my behalf under a Power of Attorney I executed.

2. Documents presented at bail hearing by my former attorney: I was arrested on August 21, 2023. At my bail hearing, my former attorney handed me a packet of documents to sign. I believed I was signing a Power of Attorney so my husband could assist with legal fees and finances while I was detained. Three days later, on August 24, 2023, a Power of Attorney and a deed transfer were created/recorded. I allege the deed transfer was slipped into the packet with the POA and I signed under duress and without capacity to understand the significance because I was detained and held in a mental unit at the time. (Matthew Myers took on the case after the bail hearing.)

3. Witness irregularity: The POA/deed package bears a witness signature attributed to "Jill Welkins." Ms. Welkins was not present at the bail hearing when the documents were signed; I believe the witness signature is false or improperly obtained.

4. Abuse of POA / self dealing: My husband abused the POA to add his name to the deed for my house at 281 Lake Shore Dr., Pine Bush, NY 12566, to sell my personal property and retain proceeds, to live on the property rent free, to stop paying the mortgage (placing it at risk), and to take funds belonging to my daughter. I purchased the house prior to marriage and never intended to convey ownership to him.

5. Sale/conversion of personal and financial property and living in my house rent free for over a year. He took control of my personal property, sold many valuables, retained the proceeds, and took my daughter's child support funds. He is now claiming an ownership stake in the house through divorce proceedings.

6. Coordination with counsel and withholding: I allege attorney Myers cooperated with my husband, prioritized the husband's interests, and treated the husband in a manner suggesting loyalty to him rather than to me. Mr. Myers refused to deliver my client file and has not provided a full, itemized accounting for the $50,000 retainer despite my repeated written requests beginning August 27, 2024.

7. Coercion, threats, and withholding of evidence: After my sentencing my husband immediately filed for divorce. He forced my two children out of the house in the middle of the night, filed a restraining order against me when I sought my property, and has threatened to withhold or release evidence relevant to my pending §2255 unless I list the property for sale. He has falsely accused me of possessing a cell phone in prison to try to get me in trouble and to support family court claims against me.

8. Public safety concerns: My husband has claimed he is mentally ill and I believe he possesses multiple firearms (I allege at least six). Given his actions and threats, I am concerned for the safety of my children and the public and request immediate attention to this risk.

Why the grievance should be reopened now
- The grievance merits reopening because: (a) it pertains to attorney conduct that clearly affected constitutional rights and may involve criminal acts; (b) critical evidence (client file, trust records, itemized billing) remains withheld and is necessary to verify misconduct and damages; (c) there are connected allegations of criminal abuse of POA and fraudulent deed transfer that may warrant referral to prosecutors; and (d) my §2255 relies on facts in the file that remain inaccessible and therefore my ability to seek redress is impaired.
- In the interest of justice, reopening is necessary to ensure a full investigation and to protect the public and my property rights while I am incarcerated.

Requested relief from the Committee
Accordingly, I respectfully request the following actions:

A. Reopen my prior grievance file against Matthew Myers and immediately assign an investigator to the matter.

B. Order Mr. Myers to produce, within fourteen (14) days, the full client file, all billing records and ledgers, IOLTA/trust account records relating to my funds, and a full, itemized accounting showing exactly how the $50,000 retainer was spent (line item invoice, disbursements, payments to third parties), and provide proof of any deposits or withdrawals.

C. If Mr. Myers fails to comply, issue a subpoena or otherwise compel production and consider interim disciplinary measures (including interim suspension, if warranted) and referral to the appropriate criminal prosecutor for potential misappropriation or other crimes.

D. Investigate the August 24, 2023 POA and deed instruments (including the authenticity of the witness signature) and, if evidence suggests criminality (forgery, fraud, coerced execution, or abuse of a POA), refer the matter immediately to the appropriate District Attorney and/or the FBI/USAO.

E. Coordinate with law enforcement and the county prosecutor where 281 Lake Shore Dr. is recorded (Orange County or appropriate county) to address allegations of theft, fraudulent transfer, and threats to public safety, and to assist me in seeking the removal of Jeffrey Massarone from my property while the investigation proceeds.

F. Notify me in writing of receipt of this request, the Committee's case number, and the Committee's intended next steps and timeline. If the Committee requires additional sworn affidavits or originals/certified copies of records, please advise how I may provide those from custody.

G. Preserve all communications with Mr. Myers related to my case and instruct Mr. Myers to preserve all documents and trust account records pending investigation.

Declaration and signature
I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

/s/ Reshma Massarone
Reshma Massarone
Alderson Federal Prison Camp
Glen Ray Rd., Box A
Alderson, WV 24910
Register No.: 73873 510

# Langrock
## SPERRY & WOOL

February 17, 2026

**LEGAL MAIL, ONLY OPEN IN PRESENCE OF INMATE**

Reshma Massarone
Register #73873-510
FPC Alderson Prison Camp
Glen Ray Rd. Box A
Alderson, WV 24910

Re:    Appeal to Second Circuit Court of Appeals

Dear Reshma:

Having forwarded to me the 12/30/25 letter from Chief Attorney Dopico related to your grievance against Attorney Myers, you asked me to respond in writing as to why I did not raise any ineffective assistance of counsel claims on your direct appeal to the Second Circuit in Docket No. 24-2428.

The answer is that your direct appeal is limited to claims based on the record below. The Second Circuit as an appellate court cannot consider claims grounded in facts or assertions that were not part of the record. An ineffective assistance of counsel claim may only be addressed on direct appeal when the factual record as to the claim was fully developed at the district court level. United States v. Gaskin, 364 F.3d 438, 468 (2d Cir. 2004). The court is "generally disinclined to resolve ineffective assistance claims on direct review." Id.

Because your ineffective assistance claims all concern factual matters that were not part of the record, they could not be brought up on direct appeal. They will need to be addressed in a 2255 petition.

Yours truly,

Devin McLaughlin
dmclaughlin@langrock.com
DM:laf
2670015

REPLY TO: Middlebury Office • WEBSITE: www.langrock.com • EMAIL: attorneys@langrock.com

MIDDLEBURY: 111 S. Pleasant Street, Middlebury, VT  05753 • (802) 388-6356 • Fax: (802) 388-6149
BURLINGTON: 210 College Street, Suite 400, Burlington, VT  05401 • (802) 864-0217 • Fax: (802) 864-0137

A Limited Liability Partnership Including a Professional Corporation

# ATTORNEY GRIEVANCE COMMITTEE
### STATE OF NEW YORK
### SUPREME COURT APPELLATE DIVISION
### FIRST JUDICIAL DEPARTMENT
180 MAIDEN LANE · 17TH FLOOR
NEW YORK, NEW YORK 10038
(212) 401-0800
EMAIL: AD1-AGC@NYCOURTS.GOV

TINA M. WELLS
MILTON L. WILLIAMS, JR.
CHAIRS

CATHERINE A. CHRISTIAN
DEVIKA KEWALRAMANI
VICE CHAIRS

JORGE DOPICO
CHIEF ATTORNEY

DEPUTY CHIEF ATTORNEY
ANGELA CHRISTMAS
KEVIN P. CULLEY
VITALY LIPKANSKY
RAYMOND VALLEJO

STAFF ATTORNEYS
LOUIS J. BARA
SEAN A. BRANDVEEN
ROY E. CHON
JESSE M. FELDSTEIN
GILLIAN C. GAMBERDELL
THANH T. HOANG
KRISTEN M. LASAK
JUN H. LEE
DIANA NEYMAN
GINA M. PATTERSON
ORLANDO REYES
CHRISTOPHER S. RONK
BRIAN E. SHULMAN
ERIC SUN

December 30, 2025

PERSONAL AND CONFIDENTIAL

Reshma Massarone
#73873-510, FPC, Alderson Federal Prison Camo
Glen Ray Road Box A
Alderson, WV 24910

Re:    Matter of Matthew D. Myers, Esq.
Docket No.: 2025.5471

Dear Reshma Massarone:

This letter is in response to your recent correspondence to the Committee, dated October 29, 2025, regarding the above-referenced matter. We have completed our review of your complaint. As explained below, we have concluded that no investigation or action is warranted.

Specifically, you complained that Matthew Myers, an attorney who represented you in a criminal matter, violated your due process and constitutional rights, breached your attorney-client privilege, and coerced you into a plea deal. While the Committee appreciates you informing us, we previously decided to dismiss your complaint regarding this matter. Our records reflect that you were notified by letter, dated August 6, 2025, of the Chief Attorney's decision to dismiss.

You indicated that you are pursuing an appeal for the underlying case. These allegations should be raised, in the first instance, before the court presiding over the criminal matter or appeal. Please inform our office of any adverse findings against Mr. Myers or other event which may warrant our prompt attention.

Although you submitted new material with this complaint, your recent correspondence does not contain any new allegations which would warrant an investigation at this time. Therefore, the Committee cannot be of further assistance in this matter.

Thank you.

Yours truly,

Jorge Dopico
Chief Attorney

TTH/sg
D-1CDA

*my Appeal is not a valid reason to refuse to investigal and does not automatically bar a disciplinary investigation for intential misconduct*

# EXHIBIT C

To The Honorable Judge Seibel,

My name is Dr. Jeffrey Massarone, husband to Reshma Massarone and stepfather to Reshma's two daughters, Anjali Deochand and Alyson Bhoopersaud.

Please allow me this time to provide you with not only a character reference for my wife but also some insight as to what I know to be true and verifiable. Reshma and I met in November of 2019, right before the pandemic. During our courtship, I really got to know Reshma for who she is and also learned of all the strife she had been through; especially from having to come to America from a third world, male domineering, country via an arranged marriage.

Your honor, my wife is the strongest woman I know. She came to this country at the age of 18, with nothing more than the clothes on her body and a high school education from her home village, via an arranged marriage setup by Parmo (Parmanand Lutawan). Three years prior, Parmo mistakenly thought he was going to marry my wife, when he first laid eyes on her when she was 15 years old in Guyana, while he was already in his mid 30's. He was a grown man from America, with Guyanese roots, returning to a third world country to buy an under aged wife. We consider 17 year olds and younger to be minors in this country and is therefore deemed illegal (and unethical) in the eyes of our laws. Forgive me your honor, but doesn't this appear to be a form of pedophilia and human trafficking? For some reason, unbeknownst to any of us, Parmo has this twisted obsession with my wife and has been constantly rejected by her.

When my wife came to this country, she, like so many other immigrants before her, such as those of my father and grandparents, wanted nothing more but to live the American dream. Shortly after giving birth to Anjali, her oldest daughter and realizing her arranged marriage was not working out as she had hoped it would, Reshma quickly got a job working in a bank as a teller. Over time, she climbed the corporate ladder in the banking industry and became successful in all aspects of the field, ultimately landing branch manager positions without ever receiving a college education. Having come from a third world country with no formal training, this was quite the feat for someone of her culture who would have normally been made to be a stay at home house wife, bearing multiple children in Guyana. Education, independence, careers and freedom were not options for women in third world countries at that time and my wife overcame all of it when all odds were against her.

Shortly after her divorce, she bought a house in New Jersey where she found work at another bank. Every penny she earned went into the house she bought which needed a lot of renovation. Still, this was her home; something she worked very hard to obtain and was hers alone. Reshma and Anjali would eat take-out Chinese food sitting on the staircase in the house since she could not yet afford to buy furniture or cooking utensils. If the job required her to work seven days a week, she would work eight! As time went on, and as her salary increased, she was better able to afford a more modern lifestyle; while all along, she was a young, single mother in a very foreign country.

The years go by and she married Parmo's nephew; another marriage that I would consider arranged, since he was not an American citizen and wanted to move here from Canada. She had her second daughter, Alyson with this man and the marriage ended shortly before Alyson was

born due to his excessive abuse of alcohol and frequent unemployment. Reshma did not want her two daughters to be raised in a home with a useless drunkard. Reshma raised her daughters without any help from anyone while maintaining full time employment and managing her household.

The struggles Reshma has been put through, your honor are real. She has been tortured by Parmo who is the real criminal in this case. If you ever wondered what pure evil is in human form, look to your left in the court room on the day of sentencing and you will see what that looks like. Please pay attention; our adversaries play their role well and he is no stranger in acting the part of the victim. The stories I have heard about this man and his vile ways, from members of his own family, are too numerous to list here and are the very reasons why I never wanted to meet or even be acquainted with him. Suffice it to say he is not the victim he portrays himself to be.

Whenever Parmo pursued Reshma in an attempt to destroy her life, my wife went through the proper channels to protect herself, her children, her home and her advancing career from this man and his posse. Going to the police, filing complaints, obtaining restraining orders, informing her employers, attending multiple court appearances with retained counsel and even his arrest for violating a restraining order was not enough to stop this evil man, who has no regard for the law and has no respect for women. Our tenacity for following the rule of law rendered all of our efforts completely useless and a waste of time and money. The system failed my wife and she was cornered with no way out while all along, she kept getting poked by Parmo who forced her to react. Under such a stressful and nervous response, my wife experienced a moment of deep rooted pain and fear, that she did what any normal living creature would do when faced with such a threat. I do not condone what she did but I will never condemn her for it. I know how the human body reacts in times of stress, threats, and fear and it is no different than the behavior that is seen in any other normal animal that dwells on this planet. What would you have done?

Every one deserves a second chance in life when it comes to matters such as this and I promise you, your honor, that Reshma will be a better person when all of this is over. We are all human and none of us are perfect. My wife is a loving, caring, and kind woman who has always been a member of the community. She was never and will never be a threat to our society. Thinking and believing this is preposterous. She has been ripped away from her children and has had her whole career destroyed by this misogynistic and sadistic pig of a human being who claims to be the patriarch (unelected) of their family, demanding his approval before anyone can do anything without his blessing first.

Your honor, you have only a piece of the whole story in front of you and I can affirm there is a lot more to the story that sadly, you will never know. My wife is truly sorry for what she did and she will never do it again. She wants to give back to the community and help those, who are like her in her current situation, get the help they need to overcome situations like this. My family and I love and adore Reshma and God has put her through this trial in her path in life for a reason. Ultimately, Parmanand Lutawan will be brought to justice for his own criminality.

FILED: ULSTER COUNTY CLERK 03/05/2025 02:46 PM
INDEX NO. EF2024-2761
NYSCEF DOC. NO. 23
RECEIVED NYSCEF: 03/05/2025

## Regarding the trial
message

**Jeffrey Massarone** <drmassarone@gmail.com>

Sun, Sep 29, 2024 at 6:2
PM

To: Kelley Enderley <kmenderley@kmelawoffice.com>

Hi Kelley,

I hope you read this email before you speak with the judge on Monday. It is unfortunate that they took Reshma away on Wednesday when they did. We had no warning and didn't know what happened to her until she called us from Oklahoma, Wednesday night. All day Thursday we could not track her and finally on Friday, she showed up on the BOP website at FCI Aliceville in Alabama. I have not spoken to Reshma since early last week, before she was moved. Anjali has spoken to her twice since.

I know Matt made an excellent point about having the judge request the Federal Bureau of Prisons to house Reshma closer while she has an upcoming trial in family court. This however could take some time to accomplish if it even happens at all. I know Judge Rakov requires all trial members to be present, however, given the circumstances, would it be possible for Reshma to appear virtually while the rest of us show up to court as we were prepared to do in the past? It makes no sense now, to continue wasting everyone's time, especially the courts time and patience with all of these delays. If the judge makes an order to have Reshma appear virtually, while the rest of us appear physically to provide our testimony, we can then finish this case.

FILED: ULSTER COUNTY CLERK 03/05/2025 02:46 PM
NYSCEF DOC. NO. 23

INDEX NO. EF2024-2761
RECEIVED NYSCEF: 03/05/2025

As of last Thursday, it has only been 18 days since Matt requested the court transcript. Normal orders for transcripts take at least 30 days and will save me money. Given this information, when you finally decide on how we are all moving forward with this case, please allow for another two weeks, at the very least when choosing a date. For good measure, I would suggest a trial date in the middle or towards the end of October. That way I can get the transcript and you will have sufficient time to review it before trial. It will also allow Reshma time to properly acclimate to her new surroundings which will help keep her calm during the trial. I'm sure the federal prisons are much more organized than county jail houses...

Respectfully,
Jeffrey

# EXHIBIT D

Case 7:25-cv-00647-CS    Document 60-1    Filed 03/13/26    Page 23 of 32

The Law Offices of
## REBECCA MILLOURAS-LETTRE
736 Broadway
Kingston, NY 12401

TEL: 845-331-8350
FAX: 845-331-1132

### RETAINER AGREEMENT

1.  NAME: JEFFREY MASSARONE
    ADDRESS: 281 LAKE SHORE DRIVE
    PINE BUSH, NY 12566

2.  A. This letter confirms that you have retained this firm as your attorneys to represent you in negotiating with your matrimonial action.

3.  A. In order for us to begin our representation you have agreed to pay us and we have agreed to accept a retainer payment of $4,000.00. This retainer payment does not necessarily represent the amount of the overall fee, which you may incur by virtue of our services. The amount of our eventual fee will be based upon our regular schedule of established hourly time charges, along with any out-of-pocket disbursements (such as court costs, messenger services, transcripts of proceedings, long distance telephone calls, telefaxes, process service fees, mileage, deposition and court transcripts, and excess postage) which are incurred in your behalf.

    B. The client further understands that the hourly rates apply to all time expanded relative to the client's matter, including but not limited to, office meetings and conferences, telephone calls and conferences, either placed by or placed to the client, or otherwise made or had on the client's matter, preparation, review and revision of correspondence, pleadings, motions, disclosure demands and responses, affidavits and affirmations, or any other documents, memoranda, or papers relative to the client's matter, legal research, court appearances, conferences, file review, preparation time, travel time, and any other time expended on behalf of or in connection with the client's matter.

4.  A. In the event that we obtain a disposition of your family court matter, either by way of a settlement agreement (termed consent agreement or stipulation of settlement) or by judgment by the court of the issues involved in your case, the aforementioned retainer fee shall also be the minimum fee charged you, i.e., there will be no refund of the retainer fee. However, notwithstanding the above, if you discontinue our services prior to a disposition of your matter by agreement or judgment of the court, or if this firm is relieved as your attorneys by court order, any unearned portion of the retainer fee you advanced to this firm shall be refunded to you.

B. Notwithstanding the above, if the attorney-client relationship is terminated without any matter having been concluded, e.g., if you and your spouse were to reconcile and the action was discontinued, or if you were to discharge the Law Firm as your attorneys, of if the Law Firm were to withdraw its representation, a fair and reasonable fee would be determined in accordance with legally accepted standards. Presently, the legally recognized elements of a reasonable fee, as set forth in the Code of Professional Responsibility, are as follows:

\* The time and labor required, the novelty and difficulty of the questions involved and the skill requisite to perform the legal services properly.

\* The likelihood, if apparent or made known to the client, that the acceptance of the particular employment will preclude other employment by the lawyer. (You should know that the Law Firm, by accepting retention as your attorney, is clearly precluded from representing the opposing party against you.)

\* The fee customarily charged in the locality for similar legal services.

\* The amount involved and the results obtained.

\* The time limitations imposed by the client or by circumstances.

\* The nature and length of the professional relationship with the client.

\* The experience, reputation and ability of the lawyer or lawyers performing the services.

\* Whether the fee is fixed or contingent. (You should know that the Code of Professional Responsibility provides: "A lawyer shall not enter into an arrangement for, charge or collect ... any fee in a domestic relations matter, the payment or amount of which is contingent upon the securing of a divorce or upon the amount of maintenance, support, equitable distribution, or property settlement...")

5.   A. You have the absolute right to cancel this retainer agreement at any time. Should you exercise this right, you will be charged only the fee expenses (time charges and disbursements) incurred within that period, based upon the hourly rates set forth in this retainer agreement, and the balance of the retainer fee, if any, will be promptly refunded to you.

6.   A. You agree to pay us such additional fees and to reimburse us for our advances on your behalf that may be due from time to time not later than 15 days from the date that we shall submit a bill to you for same. If an amount due to us in not paid within 15 days after our statement to you of the amount due, interest at the rate of 18% over annum [or interest at the prevailing statutory rate as set forth in the Civil Practice Law and Rules] shall be added to the balance due us.

7.    A. The retainer fee shall be credited toward an hourly rate of $400.00 per hour for time I expend; $275.00 per hour for time expended by associates in this office, and $125.00 per hour for the time expended by paralegals in this office.

B. In addition to the foregoing, your responsibility will include direct payment or reimbursement of this firm for disbursements advanced on your behalf, the same to include, but not necessarily be limited to, court filing fees, recording fees, charges to process servers, travel expenses, copying costs, messenger services, necessary secretarial overtime, transcripts and the customary fees of stenographers referable to examinations before trial in the event such examinations are utilized.

C. The hourly rates set forth in this retainer agreement will remain in effect throughout the period of our representation for the matter set forth in this retainer agreement, unless changed by mutual consent of you and our firm, in which event any modification of the hourly rates shall be reduced to writing and signed by you and our firm.

8.    You will be billed periodically, generally each month but in no event less frequently than every 60 days. Included in the billing will be a detailed explanation of the services rendered, by whom rendered, and the disbursements incurred by our firm in connection with your matter. Upon receipt of our bill, you are expected to review the bill and promptly bring to our attention any objection you may have to the bill. While we strive to keep perfectly accurate time records, we recognize the possibility of human error, and we shall discuss with you any objection you raise to our bill. You will not be charged for time expended in discussing with us any aspect of the bill rendered to you.

9.    A. We shall keep you informed of the status of your case, and agree to explain the laws pertinent to your situation, the available course of action, and the attendant risks. We shall notify you promptly of any developments in your case, including court appearances, and will be available for meetings and telephone conversations with you at mutually convenient times. We do insist that appointments be made for personal visits to our offices. Copies of all papers will supplied to you as they are prepared (unless you request to the contrary), and you will be billed a reasonable photocopy charge (at present, .25 cents per page) for these materials which will be included in your periodic billing.

10.    A. While we expect to be paid the fees due us in a timely fashion, in situations where the client does not have funds readily available to pay additional fees as they accrue, we may, as an accommodation, agree to take a security interest in property in lieu of immediate payment. A security interest may take the form of a confession of judgment, promissory note, or mortgage upon specified property. In either event, a lien will attach to your property.

B. In the event such application for payment of counsel fees by your spouse and a security interest for the fees due this firm is made to the Court, the client agrees to

cooperate in connection with such application and to consent to the relief being requested from the Court. Failure on the part of the client to so cooperate and consent shall be deemed as a basis for withdrawal by the Law Firm from representation of the client.

11.   A. You are advised that if, in the judgment of this firm, we decide that there has been an irretrievable breakdown in the attorney-client relationship, application to the court in which your action is pending to be relieved as your attorneys. In such event, you will be provided with notice of the application and an opportunity to be heard. Should any fees be due and owing to this firm at the time of our discharge, we shall have the right, in addition to any other remedy, to seek a charging lien, i.e., a lien upon the property that is awarded to you as a result of equitable distribution in the final order or judgment in your case. No such lien may attach to maintenance or child support payments.

B. In the event that any bill from the Law Firm remains unpaid beyond a 90 day period, the client agrees that the Law Firm may withdraw its representation, at the option of the firm. In the event that an action is pending, and absent your consent, and application must be made to the Court for such withdrawal. Where the fee is unpaid for the period set forth above, the client acknowledges that in connection with any such withdrawal application, that the account delinquency shall be good cause for withdrawal.

12.   While we seek to avoid any fee dispute with our clients, and rarely have such disputes, in the event such a dispute does arise, you are advised that you have the right, at your election, to seek arbitration to resolve the fee dispute. In such event, we shall advise you in writing by certified mail that you have 30 days from receipt of such notice in which to elect to resolve the dispute by arbitration, and we shall enclose a copy of the arbitration rules and a form for requesting arbitration. The decision resulting from arbitration is binding upon both you and this form.

13.   A. You have been advised that in order for us to properly protect your interests, it may be necessary to retain outside experts such as appraisers, actuaries and accountants. You will be responsible for the costs incurred for any such service which in some cases may have to be paid in advance depending upon the requirements of the particular expert. No expert or appraiser shall be retained without your prior approval. If necessary and applicable, an application will be made to the Court to have your spouse pay all or party of the aforementioned fees for experts.

B. In order for us to properly protect your interests, and in light of our experience in family court litigation, it is important that we select or at least consent to the experts being retained in your matter. Accordingly, you agree to procure our consent relative to the retention of any experts for your case.

FILED: ULSTER COUNTY CLERK 01/03/2025 01:57 PM
Case 7:25-cv-00582-CS Document 60-1 Filed 08/13/26 Page 27 of 32. EF2024-2761

NYSCEF DOC. NO. 3

RECEIVED NYSCEF: 01/03/2025

14. A. The client acknowledges that he or she has read this agreement in its entirely, has had full opportunity to consider its terms, and had had full and satisfactory explanation of same, and fully understands its terms and agrees to such terms.

B. The client fully understands and acknowledged that there are no additional or different terms or agreements other than expressly set forth in this written agreement.

C. The client acknowledges that he or she was provided with and read the Statement of Client's Rights and Responsibilities, a copy of which attached to their Retainer Agreement.

You are aware of the hazards of litigation and acknowledge that we have made no guarantees in the disposition of any please of the matter for which you have retained this office. If this fee arrangement meets with your approval, kindly sign your name where indicated on the copy of this letter. You acknowledge that pursuant to court rule, a copy of this retainer to be filed with the court in which your action is pending.

Kindly indicate your understanding and acceptance of the above by signing the letter below where indicated. We look forward to being of service to you in connection with this matter.

Very truly yours,

THE LAW OFFICES OF REBECCA MILLOURAS-LETTRE, ESQ.

By: _____ Date: 10/2/24
Rebecca Millouras-Lettre, Esq.

I HAVE READ AND UNDERSTAND THE ABOVE LETTER, HAVE RECEIVED A COPY AND ACCEPT ALL OF ITS TERMS:

_____ 10/2/24
Client Name: Date:

## Statement of Client's Rights

Section 1210.1 of the Joint Rules of the Appellate Division amended April 15, 2013
(22 NYCRR §1210.1)

1. You are entitled to be treated with courtesy and consideration at all times by your lawyer and the other lawyers and nonlawyer personnel in your lawyer's office.

2. You are entitled to have your attorney handle your legal matter competently and diligently, in accordance with the highest standards of the profession. If you are not satisfied with how your matter is being handled, you have the right to discharge your attorney and terminate the attorney-client relationship at any time. (Court approval may be required in some matters, and your attorney may have a claim against you for the value of services rendered to you up to the point of discharge.)

3. You are entitled to your lawyer's independent professional judgment and undivided loyalty uncompromised by conflicts of interest.

4. You are entitled to be charged reasonable fees and expenses and to have your lawyer explain before or within a reasonable time after commencement of the representation how the fees and expenses will be computed and the manner and frequency of billing. You are entitled to request and receive a written itemized bill from your attorney at reasonable intervals. You may refuse to enter into any arrangement for fees and expenses that you find unsatisfactory. In the event of a fee dispute, you may have the right to seek arbitration; your attorney will provide you with the necessary information regarding arbitration in the event of a fee dispute, or upon your request.

5. You are entitled to have your questions and concerns addressed promptly and to receive a prompt reply to your letters, telephone calls, emails, faxes, and other communications.

6. You are entitled to be kept reasonably informed as to the status of your matter and are entitled to have your attorney promptly comply with your reasonable requests for information, including your requests for copies of papers relevant to the matter. You are entitled to sufficient information to allow you to participate meaningfully in the development of your matter and make informed decisions regarding the representation.

7. You are entitled to have your legitimate objectives respected by your attorney. In particular, the decision of whether to settle your matter is yours and not your lawyer's. (Court approval of a settlement is required in some matters.)

8. You have the right to privacy in your communications with your lawyer and to have your confidential information preserved by your lawyer to the extent required by law.

9. You are entitled to have your attorney conduct himself or herself ethically in accordance with the New York Rules of Professional Conduct.

10. You may not be refused representation on the basis of race, creed, color, religion, sex, sexual orientation, age, national origin or disability.

_____        _____ 10/2/24
Name                                                     Date

Your honor,

On Wednesday, October 2, 2024 at 4:56PM, my SimpliSafe in home security camera picked up motion and started recording 20 year old, Anjali Deochand, my soon to be ex-wife's oldest daughter, enter into the house through the front door while talking on the phone with her grandmother discussing the power of attorney I had for my wife after she was arrested by the federal government on August 21, 2023. She was indicted and convicted for murder for hire of her brother in law. Power of attorney was granted to me on September 27, 2023 and was then revoked on September 12, 2024, approximately three weeks after my wife was sentenced in federal court to nine and a half years in federal prison for the crime she had committed. I could clearly hear the conversation she was having with her grandmother and then once the call ended, at approximately 5:10PM, Anjali was in the kitchen area talking to her 13 year old sister, stating the following:

*[handwritten note in right margin: this is the same day he hired his divorce Lawyer]*

"I am pissed as fuck! You all don't know me. You don't know how pissed I am. I have never been so mad in my life. I swear to god if Jeffrey tries to tell me he is taking half the house I will bust his ass, I swear to god that I will take something and knock him in his fucking head. I'm telling you. I don't care anymore, I really don't.... I'm not doing anything illegal, well it is illegal to hit somebody but in the right circumstances I will! You can't get arrested for knocking somebody who is fucking retarded in the head. And I will!"

*[handwritten note in right margin: he was on the phone telling his family he is going to get half my house]*

My shift at work ended at 6:30PM and I went straight to the State Troopers in Middletown to report the incident and played the audio/video for the officer to hear. A report was filed and Officer Joseph Milworn was instructed by his superior officer to follow me home and to discuss the severity of this situation with Anjali. I had my friend and neighbor, Jill Wilkins, who is also a counselor present with me when Officer Milworn took Anjali outside to speak with her on the front porch. After he finished speaking with Anjali, he spoke with me and told me that he will be writing up a full report and that if anything else happens, I should give him a call. Please see attached incident report. Jill Wilkins tried to talk to both Anjali and Alyson and they dismissed her immediately, being very disrespectful and rude to her, to the point of yelling and screaming at her hysterically. They have known Jill for over a year and Jill has been nothing but supportive of me, my wife and both of my wife's daughters since before my wife was arrested, and during the 12 months while my wife was incarcerated at Westchester County Department of Corrections and she was present at the sentencing to offer her love and support for all of us.

*[handwritten note in right margin: Jill walkins is his realtor and sign a contract to sell my house 2 month after my arrest]*

Earlier the same day, I caught Alyson going into my room and going through my night stand drawers looking for something. When confronted about it after the state trooper left, she denied ever going in my room and then denied going through my drawers. I have video footage of her performing the act and she still would not tell me what she was looking for. Please see photos on flash drive.

*[handwritten note in right margin: again why is a camera in my bedroom and my daughter cant go in?]*

1

On Thursday, October 3, 2024 at 5:54PM, the security camera picked up motion and started recording. Anjali is talking to her 13 year old sister Alyson, telling her she canceled my phone line from our Verizon Family Plan. The plan was originally my wife's plan and I was added to the plan approximately one month before she was arrested. After her arrest, Anjali was added to the plan as an administrator so that she could pay the monthly phone bill. She canceled my phone line without informing me of her decision to do so while I was still at work. A phone number I have had for 14 years with all of my business contacts, family, and friends. I had to leave work promptly and get to the Verizon store in Middletown before they close at 7pm with the hope of reclaiming my number before it gets recycled and open up my own Verizon account. Her behavior in this matter is pure retaliation and sabotage against me after I went and filed a police report against her for her actions the previous night.

On Friday, October 4, 2024 at 9:50AM, the security camera picked up motion and started recording. Anjali came home and was talking on the phone with her grandmother, telling her that she keeps her taser by her bedside and also showed her 13 year old sister how to use it against me. I believe she has two tasers and one or two pepper sprays and may have given one of each to the 13 year old to keep by her side which is illegal. You must be 18 years old or older to own or possess either of these items in NY State. They have no reason to fear me when all I have ever done is love, support, provide and protect them; especially during all of my wife's legal proceedings.

*he was planning to → sell my house*

On Sunday, October 6, 2024 at 7:28PM, both Anjali and Alyson were on the phone with there mother who is incarcerated at FCI Aliceville in Alabama. My wife was telling the girls to look for her laptop and they proceeded to enter into my bedroom. The door was → locked and Anjali got very angry stating: "He locked it that piece of shit!"

*why is camera as in my bedroom?*

I have avoided both of these girls since October 3rd. I get up very early and leave the house before they wake up and come home late at night when they are already in bed. I keep a voice recorder on me at all times while I'm in the house and I video record myself entering the house and going to my bedroom, locking the door behind me. Once I learned of the tasers and pepper spray on Friday, October 4th, I decided to spend the weekend at my parents' house for my safety and security. I am now fearful for my life → and well-being. I am a prisoner in my own home and my home has turned into a hostile living environment since before October 2nd and it continues to get worse. This is my house, I pay all the bills, including the mortgage, and I can not be present in my house for constant fear of them either going to tase me, pepper spray me or berate me verbally because they are mad that their mother is incarcerated for the next nine and a half years in Alabama for a crime she committed. Your honor, I am a 46 year old successful professional and should not fear being and living in my own home that I have worked very hard for. *Not his home*

*he was cheating on me and I told him to get out of my house*

There are numerous videos of them insulting me in front of the camera, being disrespectful and trying to intimidate me. I also have many recorded phone calls from my wife in prison berating me and telling me off. I have been experiencing chest pain and extremely high levels of anxiety over the past week. My employer, my co-workers

*Please request all these phone calls he was secretly recording to use against me*

2

and even my patients have noticed that I am not well and are insisting I get evaluated for having had a cardiac event. These girls have their grandmother (my wife's mother) who lives in the Bronx and Anjali has her biological father who also lives in the Bronx, both of which they keep in good, regular contact with. I have been to both houses and they have plenty of room for these girls. The 13 year has her biological father who lives in Minnesota and he tried to get full custody of her immediately after my wife was arrested. The judge granted full custody and guardianship to Anjali instead which I feel is now a big mistake. Anjali has left Alyson home many nights while she either works late at the bar in Applebee's in Middletown, usually coming home around 2AM. She will also come home late, change and go back out to meet with her friends and will not return to the house until after 5AM. Please see Ring camera videos on the flash drive. She is supposed to be responsible for Alyson and be a proper role model but she is still very immature and unfit to be her legal guardian. I do know Anjali drinks alcohol and vapes as well. Alyson is very disrespectful and has already missed two days of school for debilitating abdominal cramps and when everyone leaves the house, early in the morning, the camera picks up her motion and records her prancing around the house singing and dancing to music videos on her phone as if she is completely pain free. Anjali has neglected to obtain health insurance for the both of them and she still has not applied for the child support from Alyson's father. With all these abdominal cramps, Alyson should be evaluated by a physician.

With what has transpired over the past five days, I am asking the court to grant me an order of protection against Anjali Deochand as I am not comfortable with what she and her younger sister have done to me and are capable of doing. They have made their disgust for me very clear and I am afraid they are going to take their anger for me to the next level. They are being heavily influenced and counseled by their mother who is a convicted felon who to this day, has not accepted full responsibility for her actions and has transferred that anger onto both of her children, stating that it is my fault that she is incarcerated and that I hired a "shitty" attorney. She is behind bars and I can see several similar tendencies in the girls that resemble what their mother has done and was found guilty for and now has to spend her sentence in federal prison too far away for anyone to visit. She calls the girls frequently, on a daily basis, demanding they do any and all of her bidding. Supposedly she made Anjali her new power of attorney. Please see attached letter of her abuse and berating me. Furthermore, my wife's criminal defense attorney reached out to me with very disturbing messages stating, "she has completely unraveled," and he had to block her email communication due to how insulting and nasty she has been to him. Please see attached text messages and emails from Matthew Myers, Esq. On top of all of this, my wife continues to call me relentlessly everyday as I refuse to answer her calls because I do not want anything to do with her or her ungrateful daughters anymore. To date I have spent over $102,000 for my wife's defense and for the protection of her two daughters, namely Alyson, the 13 year old. Quite frankly there is only so much abuse and disrespect I can take and now I fear for my life feel she is putting her two daughters in charge of her retaliation against me, only because I have to sell the house and am entitled to 50% of the equity. She wants her daughters to have 100% ownership/equity and I can only imagine what she is filling their heads with what to do to me to get me out of the picture. My wife is a criminal and sadly comes from a

*[Handwritten margin notes:]*

→ my daughter Anjali takes great care of her sister.

due to his involvement in my case, my attorney showing all my evidence with him, he learned who easy it is to set someone up

→ This was my money not his

→ he is not entitled to anything

↳ forced me into a plea and is now claiming I am a criminal just to get 50% of my house and asset

3

*he forced me to Plea Guilty and had a agenda all along and my attorny had no business feeding into his victm game. These 2 was working together to make sure I get the max time*

culture laden with criminality. The girls have already taken down photos of me in my house and have ripped photos of me in the picture with them. They are being destructive and disrespectful.

I need this order of protection to feel safe in my own home while I go through the divorce process which is the only way I can sell the house and divide the equity equally between me and my wife. The process was started last week unbeknownst to my wife and her two daughters. I have retained a local family law attorney who will be serving my wife in prison shortly. I can only imagine what will happen when my wife gets served and then calls her two daughters frantically with the bad news. It will not go over well and I am sure this will fire up both daughters to do something even more heinous than either tase or pepper spray me. I was a pediatric pysch nurse at the Astor Home for Children in Rhinebeck, NY for 10 years before I became a doctor and I am well aware of how angry children behave and what they can do to harm an innocent person, all because they are minors and will say anything to get an adult who they despise into trouble. I have three medical licenses to protect as well as my career and livelihood and I refuse to have these three individuals completely destroy me as they have tried to do to others in the past. In addition, I need to sell the house because I can not afford to live their and pay the bills on my salary alone. Between all the legal expenses and house maintenance costs, which continue to climb, I am now financially strapped and living paycheck to paycheck. I had to take out a HELOC to pay for my wife's legal fees. I do not want to foreclose on the house when I know I can sell it and will have to split the equity 50/50 between me and my soon to be ex-wife which she will have to give to her oldest daughter to take care of themselves. I was only married to my wife for 13 months prior to her incarceration and have been in all of their lives since the beginning of 2020.

*[signature]* 10/7/24

JEFFREY MASSARONE

4